# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 12, 2014

**By the Court:**

| | |
|---|---|
| NICK PEARSON, et al., and RICHARD JENNINGS,<br>    Plaintiffs-Appellants, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| Nos. 14-1198, 14-1227, 14-1244,<br>    14-1245 and 14-1247        v. | ]<br>] No. 1:11-cv-07972<br>] |
| NBTY, INC., a Delaware corporation, et al.,<br>    Defendants-Appellees. | ] James B. Zagel, Judge.<br>]<br>] |
| and | ] |
| APPEALS OF:<br>    THEODORE H. FRANK,<br>    SIMONE THOMAS and<br>    PEGGY THOMAS,<br>        Objectors-Appellants. | ]<br>]<br>]<br>]<br>] |

O R D E R

On consideration of the "MOTION TO CLARIFY BRIEFING SCHEDULE AND REDESIGNATE PARTIES" filed by objector-appellant Theodore H. Frank on February 11, 2014,

IT IS ORDERED that all other parties file, on or before February 19, 2014, a response to the motion.